UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    - against -

CHARLIE ABUJUDEH,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

21 CV 4110 (PKC)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Government's Memorandum of Law in Support of Application To Intervene and To Stay Civil Proceedings, the United States will move this Court on a date and time to be designated by the Court, before the Honorable Pamela K. Chen, United States District Judge, at the United States Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for intervention for the purpose of seeking a stay of civil proceedings, and for such other relief as the Court deems appropriate.

Dated: Brooklyn, New York
       October 21, 2021

                                  Respectfully submitted,

                                  BREON PEACE
                                  United States Attorney

                                  /s/ Jonathan P. Lax
                                  Jonathan P. Lax
                                  Hiral D. Mehta
                                  Assistant U.S. Attorneys
                                  (718) 254-6139/6418

Cc:    Clerk of the Court (PKC)
        Nita Klunder, Esq (By ECF)
        Christopher Bruno, Esq. (By ECF)