

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110-1424

Boston
Regional Office

May 19, 2022

**BY ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

    RE: *Securities and Exchange Commission v. Abujudeh,* 1:21-cv-04110-PKC-CLP

Dear Chief Magistrate Judge Pollak:

On April 19, 2022, the Court ordered the parties to provide a status letter by May 19, 2022. The parties provide the following information in response to the Court's order.

The parties in this civil action are now engaged in settlement discussions and, based on the information previously provided to the Court's staff and to Judge Chen, anticipate that the matter can be resolved without further litigation. To allow the parties to continue those settlement discussions and determine whether in fact further litigation will be necessary, the parties respectfully request that the case remained stayed and that Court order the parties to provide a further status report within 45 days.

We are available should the Court have any questions.

    Respectfully submitted,

    *s/ Nita K. Klunder*

    Nita K. Klunder
    Counsel for Securities & Exchange Commission

    *s/ Russell D. Duncan*
    Russell D. Duncan
    Clark Hill PLC
    1001 Pennsylvania Ave. NW
    Washington, D.C. 20004
    rduncan@ClarkHill.com
    Counsel for Charlie Abujudeh

cc:     Russell Duncan and Kate Novak, counsel for the defendant Charlie Abujudeh (by e-mail and ECF)