UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>CHARLIE ABUJUDEH,<br><br>                Defendant. | Civil Action No. 21-CV-4110 |

## MODIFIED STIPULATED PRELIMINARY INJUNCTION ORDER
## AS TO DEFENDANT CHARLIE ABUJUDEH

Plaintiff, United States Securities and Exchange Commission ("the Commission") and Defendant Charlie Abujudeh ("Abujudeh" or the "Defendant") hereby agree and stipulate as follows:

1. On July 22, 2021, the Commission filed an Application for an Order to Show Cause, Temporary Restraining Order, Order Freezing Assets, and Order Granting Other Relief (the "Application") (Dkt. No. 2), a Memorandum of Law in support of the Application (Dkt. No. 3), and a Declaration of Trevor Donelan (Dkt. No. 4).

2. On July 23, 2021, the parties submitted a joint request to set a briefing schedule allowing Defendant to file a brief in opposition to the Application, if any, by July 27, 2021 (Dkt. No 8). The Court ordered the briefing schedule that same day.

3. The Court found on the basis of the Commission's Application, its Memorandum of Law in support of the Application, and the Declaration of Trevor Donelan (with attached Exhibits), that the Commission had made a proper showing for the relief granted herein, as required by Section

1

20(b) and 20(d)(1) of the Securities Act of 1933 ("Securities Act") and Section 21(d) of the Securities Exchange Act of 1934 ("Exchange Act") justifying the relief granted herein.

4. On July 27, 2021, the Court granted the parties' joint request to enter a Stipulated Preliminary Injunction Order (Dkt. No. 11) (the "Order").

5. On August 9, 2021, and February 7, 2022 (Dkt. No. 23), the Court granted the parties' joint request to enter a Modified Stipulated Preliminary Injunction Order (the "Modified Order").

6. Paragraph IV.D of the Order provided for funds to cover Abujudeh's monthly living expenses and required the parties to "confer after six months about the necessity of future carve-outs." The parties have conferred further and have reached an agreement extending the carve-outs related to Abujudeh's living expenses.

NOW THEREFORE, pending the final disposition of this action, the Order and the February 7, 2022, Modified Order, are modified as follows. Except for this modification, all prior provisions of the Order and the Modified Order remain in effect.

Paragraphs IV.A and IV.B of the Order are modified as follows:

A. Defendant may spend $13,000 per month for food and basic living expenses for a period of six months (until March 1, 2023). These monthly permitted expenses may be made from the Wells Fargo account ending in 5432. Wells Fargo is to release to Abujudeh the $13,000 for expenses described on or about August 8, 2022, September 1, 2022, October 1, 2022, November 1, 2022, December 1, 2022, January 3, 2023, and February 1, 2023. Transmittal of this Modified Stipulated Preliminary Injunction Order as to Defendant Charlie Abujudeh may be made by electronic transfer of same to Wells Fargo by a Party to this matter.

Dated: August 8, 2022

Respectfully submitted,

*/s/ Nita K. Klunder*
Nita K Klunder
David D'Addio*

Counsel for Plaintiff
SECURITES AND EXCHANGE
COMMISSION
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
617-573-8822 (Nita Klunder)

*/s/ Russell D. Duncan*
Russell D. Duncan, Esq.
Clark Hill PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004
202.640.6657
Counsel for Charlie Abujudeh

*Not admitted in the U.S. District Court for the Eastern District of New York.

**SO ORDERED:**

*/s/ Pamela K. Chen*
Hon. Pamela K. Chen
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2022