UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>CHARLIE ABUJUDEH,<br><br>       Defendant. | Civil Action No. 21-CV-4110- PKC-CLP |

## JOINT MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT AGAINST DEFENDANT CHARLIE ABUJUDEH

Plaintiff Securities and Exchange Commission (the "Commission") and defendant Charlie Abujudeh ("Abujudeh") move that this Court enter the attached proposed Final Judgment as to Defendant Abujudeh ("Judgment"). The Commission and Abujudeh have agreed to all terms in the Judgment. In support of this motion, the parties have also filed a Consent signed by Abujudeh, memorializing his agreement to the terms of the Judgment.

The parties respectfully request that the Court enter the attached proposed Judgment as to Defendant Abujudeh.

1

Dated: January 10, 2023

                      Respectfully submitted,

                      SECURITIES AND EXCHANGE COMMISSION,
                      By its counsel,

                      /s/ Nita K. Klunder
                      Nita K. Klunder
                      David D'Addio
                      33 Arch Street, 24th Floor
                      Boston, MA 02110
                      Telephone: (617) 573-8822 (Klunder direct)
                      Fax: (617) 573-4590
                      Email: klunderni@sec.gov; daddiod@sec.gov

                      DEFENDANT CHARLIE ABUJUDEH,
                      By his counsel,

                      /s/ Russell J. Duncan
                      Russell Duncan
                      Clark Hill PLC
                      1001 Pennsylvania Ave NW
                      Suite 1300 South
                      Washington, DC 20004
                      Telephone: (202) 640-6657
                      Email: rduncan@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 10, 2023, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

                /s/ Nita K. Klunder
                Nita K. Klunder