UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

v.

CHARLIE ABUJUDEH,

                    Defendant.

--------------------------------------------------------X

21-CV-4110 (PKC)(CLP)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:  Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Ilana Z. Sultan will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Securities and Exchange Commission and a member in good standing of the bar(s) of the State(s) of District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for the Securities and Exchange Commission. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 8/21/2025

Respectfully submitted,

*Ilana Z. Sultan*

Signature of Movant
Firm Name Securities and Exchange Commission
Address 100 F St. NE, Washington, DC 20549

Email sultani@sec.gov
Phone (202) 551-4485