UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION,   21-CV-4110 (PKC)(CLP)

                Plaintiff(s),

   v.                                  **AFFIDAVIT IN SUPPORT OF**

CHARLIE ABUJUDEH,                **MOTION TO ADMIT**

                Defendant(s).        **COUNSEL *PRO HAC VICE***

--------------------------------------------------------

I, Ilana Z. Sultan, being duly sworn, hereby depose and say as follows:

1. I am a(n) attorney with the law firm of Securities and Exchange Commission.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 467144
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-CV-4110 (PKC)(CLP) for Plaintiff Securities and Exchange Commission.

Date 8/21/2025

_____,

*Ilana Z. Sultan*
_____
Signature of Movant
Firm Name Securities and Exchange Commission
Address 100 F Street, NE
Washington, DC 20549

Email sultani@sec.gov
Phone (202) 551-4485

**NOTARIZED**